RECEIVED
IN LAKE CHARLES, LA.

JUL 31 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARWIN GAUTHIER** | * | CIVIL ACTION NO. 2:12-CV-535 |
| **Plaintiff** | * | |
| V. | * | JUDGE MINALDI |
| **ALLEN CORRECTION CENTER MEDICAL DEPARTMENT, ET AL.** | * | |
| | * | MAGISTRATE JUDGE KAY |
| **Defendants** | * | |

****************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, as augmented in the accompanying Memorandum Ruling, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Docs. 22 & 25], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED, WITH PREJUDICE**, as frivolous and for failing to state a claim upon which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

Lake Charles, Louisiana, this 28 day of July, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE